UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:CR-04-338-02 |
| | ) | 1:CR–04-338-03 |
| v. | ) | |
| | ) | |
| BRENT BIGLER and | ) | (Judge Conner) |
| JEFF BIGLER, | ) | |
| | ) | |
| Defendants. | ) | (Electronically Filed) |

FILED
HARRISBURG, PA
OCT 13 2005
MARY E. D'ANDREA
Per _____ Deputy Clerk

FINAL ORDER OF FORFEITURE
AS TO DEFENDANTS BRENT BIGLER AND JEFF BIGLER

Upon the proceedings had heretofore and upon Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture and an Amended Preliminary Order of Forfeiture were entered on January 14, 2005 and August 3, 2005, respectively, ordering the defendants to forfeit the following assets:

(a) The sum of $354,729 seized on or about March 26, 2004, from Account #0047-7457-0752 in the name of Texas Wholesale Dental Supply, Inc. d/b/a National Dental Supply, Inc. at the Bank of America, Dallas, Texas; and

(b)   all right, title and interest in $350,000.00 in United States currency.

Notice of the Amended Preliminary Order of Forfeiture was published in a newspaper of general circulation in the Middle District of Pennsylvania on August 24, 2005, August 31, 2005 and September 7, 2005. All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than 30 days after the date of final publication of notice.

No petitions were filed within the thirty-day period required by 21 U.S.C. 853(n)(2). Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Now, therefore, upon motion of the United States of America, for Final Order of Forfeiture, it is hereby ORDERED, ADJUDGED AND DECREED that:

1.   All right, title and interest in the above-described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

2. The Clerk is hereby directed to send attested copies of this Order to all counsel of record;

3. The Court will make the final order of forfeiture part of the oral pronouncement of sentence for the defendants and record that sentence in the final judgments. *See United States v. Bennett*, 423 F.3d 271 (3rd Cir. 2005); and

4. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED this 13TH day of October, 2005.

CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE